

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-15,420-08

### IN RE WAYNE EDWARD EAST, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 7099-B IN THE 104TH DISTRICT COURT
### FROM TAYLOR COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that the trial court is not ruling on a motion he says he filed to have his appellate counsel provide him with his case file. Applicant asks this Court to compel a ruling.

Consideration of a motion properly filed and before a trial court is ministerial. *White v. Reiter*, 640 S.W.2d 586, 594 (Tex. Crim. App. 1982). Respondent, the Judge of the 104th District Court of Taylor County, shall file a response with this Court regarding Applicant's claim that the trial court is not ruling on his motion. Respondent's response shall be submitted within 30 days of

the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted a response.

Filed: August 21, 2019
Do not publish